UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALFONSO VILLANUEVA-ORTIZ,<br><br>Defendant | Case No.: 25-CR-123-RSH<br><br>**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS WITHOUT PREJUDICE** |

Upon the motion of the Government, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Alfonso Villanueva-Ortiz in this case is dismissed without prejudice.

IT IS SO ORDERED.

DATED: October 3, 2025

*/s/ Robert S. Huie*
_____
HONORABLE ROBERT S. HUIE
UNITED STATES DISTRICT COURT JUDGE